```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
                                                                    :
HECTOR GONZALEZ,                                                    :
                                                                    :
                                                                    :
                            Plaintiff,                              :    20-CV-7338 (JMF) (SLC)
                                                                    :
              -v-                                                   :    ORDER OF REFERENCE
                                                                    :    TO A MAGISTRATE
COMMISSIONER OF SOCIAL SECURITY,                                    :    JUDGE
                                                                    :
                            Defendant.                              :
                                                                    :
------------------------------------------------------------------- X
```

JESSE M. FURMAN, United States District Judge:

      This action is referred to the assigned Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| ___ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| ___ | Specific Non-Dispositive Motion/Dispute: _____ | ___ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose: _____ |
| ___ | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | ___ | Habeas Corpus |
| | | _X_ | Social Security |
| ___ | Settlement | | |
| ___ | Inquest After Default/Damages Hearing | ___ | Dispositive Motion (i.e., motion requiring a Report and Recommendation). Particular Motion: _____ |

SO ORDERED.

Dated: September 14, 2020  
      New York, New York

                                              JESSE M. FURMAN  
                                              United States District Judge