UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
HECTOR GONZALEZ,                                                        :   20-CV-7338 (JMF) (SLC)
                                                                        :
                    Plaintiff,                                    :   ORDER PARTIALLY
                                                                        :   WITHDRAWING
         -v-                                                           :   REFERENCE TO
                                                                        :   MAGISTRATE JUDGE
COMMISSIONER OF SOCIAL SECURITY,                                        :   AND SCHEDULING
                                                                        :   ORDER
                    Defendant.                                    :
                                                                        :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       On September 14, 2020, the Court referred this case to Magistrate Judge Cave as a request for judicial review of a final decision by the Commissioner of Social Security.  *See* ECF No. 6.  On December 10, 2020, Defendant filed a motion to transfer venue to the Eastern District of New York.  *See* ECF No. 13.  It is hereby ORDERED that the reference is WITHDRAWN with respect to the motion to transfer venue (and any related matters).

       If Plaintiff consents to transfer of the case to the Eastern District of New York, he should file a letter with the Court to that effect and the Court will enter an order transferring the case forthwith and there would be no delay.  If Plaintiff opposes transfer, he shall file his opposition to the motion by **January 11, 2021**.  Any reply shall be filed by **January 18, 2021**.  If Plaintiff does not file an opposition to the motion by the January 11th deadline, the Court will transfer the case to the Eastern District without further notice to the parties.

       The Clerk of Court is directed to mail a copy of this Order to Plaintiff.

       SO ORDERED.

Dated: December 10, 2020                                    _____
       New York, New York                                          JESSE M. FURMAN
                                                         United States District Judge